# United States Court of Appeals
## For the First Circuit

Nos. 13-1240, 13-1285

ISMAIL OZGUR YAMAN,

Petitioner-Appellant/Cross-Appellee,

v.

LINDA MARGHERITA YAMAN, a/k/a LINDA MARGHERITA POLIZZI,

Respondent-Appellee/Cross-Appellant.

**JUDGMENT**

Entered:  September 11, 2013

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's decision not to order return of the children is affirmed.  No costs are awarded.

By the Court:

/s/ Margaret Carter, Clerk

cc: Ms. Boland, Ms. Boscarine, Mr. Brayley, Ms. Fiore, Mr. Green, Ms. Howe, Mr. Jed, Ms. Johnston, Ms. Kim,Mr. Marcheseault, Ms. Mizrahi, Mr. Quinlan, Mr. Schillinger, Ms. Simeonidis & Mr. Ward.