# United States Court of Appeals
## For the First Circuit

Nos. 13-1240; 13-1285

ISMAIL OZGUR YAMAN,

Petitioner, Appellant/Cross-Appellee,

v.

LINDA MARGHERITA YAMAN, a/k/a Linda Margherita Polizzi,

Respondent, Appellee/ Cross-Appellant.

**ORDER OF COURT**

Entered: October 16, 2013

      Upon consideration of Appellant/Cross-Appellee's motion to stay the mandate, the motion is granted. The issuance of the mandate is hereby stayed for 90 days and if within that period a timely petition for writ of certiorari is filed, the stay of mandate shall continue until final disposition by the United States Supreme Court. If the petition for writ of certiorari is denied, mandate shall issue forthwith. Counsel for Appellant/Cross-Appellee is directed to promptly notify the Clerk of this court both of the filing of any such petition for certiorari and the disposition of same.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Susan Kim
Beth I.Z. Boland
Christopher G. Green
Adam Craig Jed
Kristen A. Fiore
Caleb J. Schillinger

Douglas Edward Brayley
Donna Ackermann Mizrahi
Allison M. Boscarine
Donald J. Marchesseault
Janice W. Howe
Daniel Ward
Stephen Jacob Quinlan